IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH PORCHIRAN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:10cv441 |
| | ) | **Electronic Filing** |
| **DEREK DAYOUB**, individually and in | ) | |
| his Official Capacity as a Police Officer for | ) | |
| Smith Township, Washington County, and | ) | |
| **TOWNSHIP OF SMITH**, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 13th day of January, 2011,

IT IS ORDERED that plaintiff's Motion for Extension of Discovery (Document No. 13) is GRANTED.  Therefore, Section A of the Case Management Order dated August 11, 2010, is amended as follows:

1.    Discovery shall be completed by **March 11, 2011**.

2.    Plaintiff's pretrial statement shall be filed on or before **April 11, 2011**.

3.    Defendants' pretrial statement shall be filed on or before **May 11, 2011**.

4.    Counsel shall confer, complete, and file their pretrial stipulation on or before **May 20, 2011**.

5.    All dispositive motions shall be filed on or before **June 20, 2011**.

All other terms and conditions of the Case Management Order dated August 11, 2010, shall remain in full force and effect.

s/ DAVID STEWART CERCONE
David Stewart Cercone,
United States District Judge

cc:    Noah Geary, Esquire
Thomas P. McGinnis, Esquire
Karin Romano Galbraith, Esquire
(*Via CM/ECF Electronic Mail*)