# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENNETH PORCHIRAN, | ) | Civil Action No. 2:10-cv-00441 |
| Plaintiff, | ) | |
| | ) | JUDGE DAVID S. CERCONE |
| v. | ) | |
| DEREK DAYOUB, Individually and in his Official Capacity as a Police Officer for Smith Township, Washington County, | ) | **JURY TRIAL DEMANDED** |
| and | ) | |
| TOWNSHIP OF SMITH, | ) | |
| Defendants, | ) | |
| Jointly and severally. | ) | |

## ORDER

AND NOW, this ___22___ day of ___March___, 2011, IT

IS **SO ORDERED.**

_D S Cercone_
_____
United States District Judge

911949.1